1030

see, *e. g.*, *State* v. *Fitzsimmons*, 94 Wash. 2d 858, 620 P. 2d 999 (1980), or on general due process guarantees, see, *e. g.*, *State* v. *Newton*, 291 Ore. 788, 636 P. 2d 393 (1981) (en banc plurality).

Given these varying results, I would note probable jurisdiction to settle the question presented.

No. 85–5686. GAINES *v.* MERCHANTS NATIONAL BANK & TRUST COMPANY OF INDIANAPOLIS. Appeal from C.A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–5761. MIHAL *v.* JAFFE, JUDGE, CUYAHOGA COUNTY COURT OF COMMON PLEAS. Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. D–503. IN RE DISBARMENT OF SMITH. Disbarment entered. [For earlier order herein, see 472 U. S. 1014.]

No. D–513. IN RE DISBARMENT OF NASH. Disbarment entered. [For earlier order herein, see 473 U. S. 931.]

No. D–518. IN RE DISBARMENT OF O'BOYLE. Disbarment entered. [For earlier order herein, see *ante*, p. 896.]

No. D–520. IN RE DISBARMENT OF WATSON. Disbarment entered. [For earlier order herein, see *ante*, p. 808.]

No. D–521. IN RE DISBARMENT OF KLINE. Disbarment entered. [For earlier order herein, see *ante*, p. 896.]

No. D–537. IN RE DISBARMENT OF KIDWELL. It is ordered that Wesley Earl Kidwell, Jr., of Rockville, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 84–1076. TRANSCONTINENTAL GAS PIPE LINE CORP. *v.* STATE OIL AND GAS BOARD OF MISSISSIPPI ET AL. Sup. Ct. Miss. [Probable jurisdiction noted, 470 U. S. 1083.] Motion of appellee Coastal Exploration, Inc., for leave to file a supplemental brief after argument granted.